UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONAL HERNANDEZ GARCIA,

Petitioner,

v. Case No.: 2:26-cv-02678-SPC-KRH

WARDEN, GLADES COUNTY *et al.*,

Respondents,
_______________________________/

**OPINION AND ORDER**

Before the Court are Ronal Hernandez Garcia's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).

Hernandez Garcia is a native of Cuba who became a lawful permanent resident of the United States on December 28, 2013. On January 31, 2018, he was convicted of trafficking in counterfeit credit cards and sentenced to one year in jail. On October 23, 2025, Border Patrol arrested Hernandez Garcia and charged him with removability due to the 2018 conviction. On April 12, 2026, an immigration judge ordered Hernandez Garcia removed to Cuba. Hernandez Garcia appealed, and the appeal remains pending. As a result, the removal order is not administratively final.

The Court granted Hernandez Garcia's first habeas petition in Case No. 2:26-cv-2065-SPC-NPM and ordered the government to bring him before an

immigration judge for a bond hearing. The government complied, and an immigration judge denied bond after finding Hernandez Garcia a danger to the community and a heightened flight risk.

Hernandez Garcia now argues his detention is unlawful under *Zadvydas v. Davis*, 533 U.S. 678 (2001) because (1) he has been detained for more than six months after entry of the removal order, and (2) there is no significant likelihood of removal in the reasonably foreseeable future. But the *Zadvydas* framework applies to noncitizens detained under 8 U.S.C. § 1231 because they are subject to administratively final removal orders. Hernandez Garcia's removal order is not administratively final because it is pending before the Board of Immigration Appeals. Hernandez Garcia is detained under 8 U.S.C. § 1226(a), and the *Zadvydas* framework does not apply. As the Court held in the prior habeas actions, Hernandez Garcia was entitled to a bond hearing, and he received it. Hernandez Garcia is not entitled to habeas relief on any ground raised in his third petition.

Accordingly, it is hereby

**ORDERED**:

Ronal Hernandez Garcia's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on October 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record